# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

In re: BONNELL, RELISSA L.     § Case No. 08-71099
                               §
                               §
Debtor(s)                      §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 11, 2008. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        68,158.62

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | 0.00 |
    | Administrative expenses | 4,730.00 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of[1]   $ | 63,428.62 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010)

6. The deadline for filing non-governmental claims in this case was 09/10/2008 and the deadline for filing governmental claims was 09/10/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,758.66. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,758.66, for a total compensation of $5,758.66.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/24/2011          By: /s/MEGAN G. HEEG
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-71099  
Case Name: BONNELL, RELISSA L.  
Period Ending: 01/24/11

Trustee: (330490) MEGAN G. HEEG  
Filed (f) or Converted (c): 04/11/08 (f)  
§341(a) Meeting Date: 05/09/08  
Claims Bar Date: 09/10/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence 123 W. Pearl Street, Amboy, IL 61310 | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Financial accounts, financial institution shares | 68.65 | 0.00 | DA | 0.00 | FA |
| 3 | Financial accounts, financial institution shares | 33.00 | 0.00 | DA | 0.00 | FA |
| 4 | Financial accounts, financial institution shares | 62.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods and furnishings | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel | 150.00 | 0.00 | DA | 0.00 | FA |
| 7 | Furs and jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | IRA, ERISA, Keogh, pension, profit sharing plan | 15,544.53 | 0.00 | DA | 0.00 | FA |
| 9 | Other liquidated debts owing debtor | 300.00 | 0.00 | DA | 0.00 | FA |
| 10 | Other contingent claims of every nature<br>(work comp claim) | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Autos, trucks, trailers, other vehicles, access. | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 12 | Autos, trucks, trailers, other vehicles, access. | 8,200.00 | 0.00 | DA | 0.00 | FA |
| 13 | Other personal property of any kind<br>(Mobile home) | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Interest in the Minnie K. Watts Trust (u)<br>Rec'd trust income pre March 2010. Per April 2010 court order sold 1/21st interest in 235 acres, cash rent, and residual trust interest (none known) for 66,000.. | Unknown | 67,420.00 | | 67,420.00 | FA |
| 15 | Interest in the Apalda M. Erbes Living Trust (u) | 0.00 | 700.00 | DA | 700.00 | FA |
| 16 | Real Estate (u)<br>201 S. Boyd, Amboy, improved with disclosed mobile home | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 38.62 | Unknown |
| 17 | Assets    Totals (Excluding unknown values) | $107,458.18 | $68,120.00 | | $68,158.62 | $0.00 |

**Major Activities Affecting Case Closing:**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-71099 | **Trustee:** (330490) MEGAN G. HEEG |
| **Case Name:** BONNELL, RELISSA L. | **Filed (f) or Converted (c):** 04/11/08 (f) |
| | **§341(a) Meeting Date:** 05/09/08 |
| **Period Ending:** 01/24/11 | **Claims Bar Date:** 09/10/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |

Initial Projected Date Of Final Report (TFR):   September 30, 2009      Current Projected Date Of Final Report (TFR):   January 11, 2011 (Actual)

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-71099 |
|---|---|
| Case Name: | BONNELL, RELISSA L. |
| Taxpayer ID #: | **-***4731 |
| Period Ending: | 01/24/11 |

| Trustee: | MEGAN G. HEEG (330490) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****76-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/09/09 | {14} | Minnie Wattas Trust 123 Sublette Farm | Annual Trust distribution | 1210-000 | 1,420.00 | | 1,420.00 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,420.04 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,420.09 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,420.14 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,420.20 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,420.25 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,420.30 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,420.35 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,420.40 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,420.45 |
| 12/31/09 | {15} | Apalda M. Erbes Living Trust No. 1 | Annual Trust Distribution | 1210-000 | 700.00 | | 2,120.45 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 2,120.50 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 2,120.57 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,120.65 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | interest posting at 0.0500% | 1270-000 | 0.09 | | 2,120.74 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 2,120.75 |
| 04/06/10 | | Wire out to BNYM account 9200******7665 | Wire out to BNYM account 9200******7665 | 9999-000 | -2,120.75 | | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -2,120.75 | 0.00 | |
| Subtotal | 2,120.75 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $2,120.75 | $0.00 | |

{} Asset reference(s)

Printed: 01/24/2011 09:44 AM   V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-71099
**Case Name:** BONNELL, RELISSA L.

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******76-19 - Trustee Investment Acct
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

**Taxpayer ID #:** **-***4731
**Period Ending:** 01/24/11

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/25/10 | | FUNDING ACCOUNT:<br>9200******7665 | | 9999-000 | 60,000.00 | | 60,000.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.72 | | 60,001.72 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 7.40 | | 60,009.12 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 7.64 | | 60,016.76 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 7.64 | | 60,024.40 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.48 | | 60,025.88 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.52 | | 60,027.40 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.48 | | 60,028.88 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.52 | | 60,030.40 |
| | | | ACCOUNT TOTALS | | 60,030.40 | 0.00 | $60,030.40 |
| | | | Less: Bank Transfers | | 60,000.00 | 0.00 | |
| | | | Subtotal | | 30.40 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $30.40 | $0.00 | |

{} Asset reference(s)

Printed: 01/24/2011 09:44 AM   V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-71099 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | BONNELL, RELISSA L. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******76-65 - Money Market Account |
| Taxpayer ID #: | **-***4731 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 01/24/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7665 | Wire in from JPMorgan Chase Bank, N.A. account ********7665 | 9999-000 | 2,120.75 | | 2,120.75 |
| 04/08/10 | {14} | D. Erbes | trust income from Minnie Watts Trust | 1210-000 | 66,000.00 | | 68,120.75 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.88 | | 68,123.63 |
| 05/06/10 | 11001 | Carl C. Swanson, CPA | per court order dated 1/20/10 | 3410-000 | | 1,016.00 | 67,107.63 |
| 05/25/10 | | ACCOUNT FUNDED: 9200******7619 | | 9999-000 | | 60,000.00 | 7,107.63 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.21 | | 7,110.84 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.40 | | 7,111.24 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.43 | | 7,111.67 |
| 08/03/10 | 11002 | IL Dept. of Revenue | 2009 Form IL-1041 FEIN: 38-6874731 | 2810-000 | | 1,019.00 | 6,092.67 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.37 | | 6,093.04 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,093.09 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,093.14 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,093.19 |
| 12/13/10 | 11003 | Deborah Hannan, CPA | accountant fees per court Order dated 11/17/10 | 3410-000 | | 2,695.00 | 3,398.19 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,398.22 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 68,128.22 | 64,730.00 | $3,398.22 |
| Less: Bank Transfers | 2,120.75 | 60,000.00 | |
| Subtotal | 66,007.47 | 4,730.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $66,007.47 | $4,730.00 | |

{} Asset reference(s)

Printed: 01/24/2011 09:44 AM    V.12.56

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-71099 | | Trustee: | MEGAN G. HEEG (330490) |
| Case Name: | BONNELL, RELISSA L. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******76-66 - Checking Account |
| Taxpayer ID #: | **-***4731 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 01/24/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****76-65 | 2,120.75 | 0.00 | 0.00 |
| TIA # 9200-******76-19 | 30.40 | 0.00 | 60,030.40 |
| MMA # 9200-******76-65 | 66,007.47 | 4,730.00 | 3,398.22 |
| Checking # 9200-******76-66 | 0.00 | 0.00 | 0.00 |
| | $68,158.62 | $4,730.00 | $63,428.62 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-71099
Case Name: BONNELL, RELISSA L.
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 63,428.62

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 63,428.62

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 5,758.66 | 0.00 | 5,758.66 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 5,596.25 | 0.00 | 5,596.25 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 622.16 | 0.00 | 622.16 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 1,016.00 | 1,016.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 11,977.07
Remaining balance: $ 51,451.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 51,451.55

UST Form 101-7-TFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 51,451.55

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,056.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | LTD Commodities LLC | 134.38 | 0.00 | 134.38 |
| 2 | CHASE BANK USA | 1,062.65 | 0.00 | 1,062.65 |
| 3 | PYOD LLC its successors and assigns as assignee of | 929.82 | 0.00 | 929.82 |
| 4 | Dell Financial Services, LLC | 1,159.27 | 0.00 | 1,159.27 |
| 6 | eCAST Settlement Corporation assignee of | 1,095.81 | 0.00 | 1,095.81 |
| 7 | eCAST Settlement Corporation assignee of | 1,048.25 | 0.00 | 1,048.25 |
| 8 | Premier Bankcard/Charter | 207.72 | 0.00 | 207.72 |
| 9 | Premier Bankcard/Charter | 418.31 | 0.00 | 418.31 |

Total to be paid for timely general unsecured claims: $ 6,056.21
Remaining balance: $ 45,395.34

UST Form 101-7-TFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $25,971.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | H.F. Gehant | 25,971.00 | 0.00 | 25,971.00 |

Total to be paid for tardy general unsecured claims:   $   25,971.00
Remaining balance:                                     $   19,424.34

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:                        $   19,424.34

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 1.6% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1,438.83. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $17,985.51.

UST Form 101-7-TFR (10/1/2010)