UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: BONNELL, RELISSA L. | § Case No. 08-71099 |
| | § |
| | § |
| Debtor(s) | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 02/28/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 01/12/2011          By:  /s/MEGAN G. HEEG
                                              Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: BONNELL, RELISSA L. | § | Case No. 08-71099 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 68,158.62 |
| and approved disbursements of | $ | 4,730.00 |
| leaving a balance on hand of [1] | $ | 63,428.62 |

**Balance on hand:**   $   63,428.62

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   63,428.62

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 5,758.66 | 0.00 | 5,758.66 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 5,596.25 | 0.00 | 5,596.25 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 622.16 | 0.00 | 622.16 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 1,016.00 | 1,016.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $   11,977.07
Remaining balance:   $   51,451.55

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 51,451.55

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 51,451.55

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,056.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | LTD Commodities LLC | 134.38 | 0.00 | 134.38 |
| 2 | CHASE BANK USA | 1,062.65 | 0.00 | 1,062.65 |
| 3 | PYOD LLC its successors and assigns as assignee of | 929.82 | 0.00 | 929.82 |
| 4 | Dell Financial Services, LLC | 1,159.27 | 0.00 | 1,159.27 |
| 6 | eCAST Settlement Corporation assignee of | 1,095.81 | 0.00 | 1,095.81 |
| 7 | eCAST Settlement Corporation assignee of | 1,048.25 | 0.00 | 1,048.25 |
| 8 | Premier Bankcard/Charter | 207.72 | 0.00 | 207.72 |
| 9 | Premier Bankcard/Charter | 418.31 | 0.00 | 418.31 |

Total to be paid for timely general unsecured claims: $ 6,056.21
Remaining balance: $ 45,395.34

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 25,971.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | H.F. Gehant | 25,971.00 | 0.00 | 25,971.00 |

Total to be paid for tardy general unsecured claims: $ 25,971.00
Remaining balance: $ 19,424.34

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 19,424.34

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 1.6% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1,438.83. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $17,985.51.

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: vgossett              Page 1 of 2                   Date Rcvd: Jan 26, 2011
Case: 08-71099                Form ID: pdf006             Total Noticed: 35


The following entities were noticed by first class mail on Jan 28, 2011.
db           +Relissa L. Bonnell,    123 W. Pearl Street,    Amboy, IL 61310-1564
aty           Mary Pat T. Dixon,    Legal Assistance Foundation of Chicago,    Chicago, IL
12134338      American General Finance,    Pine Tree Plaza,    4311 E. Lincoln Hwy, Ste D,
               Sterling, IL 61081-7619
12369576     +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14350204      CHASE BANK USA, NA,    PO BOX 15145,   WILMINGTON, DE 19850-5145
12134339     +Capital One,   PO Box 70886,    Charlotte, NC 28272-0886
12134340      Chase Cardmember Service,    PO Box 15153,   Wilmington, DE 19886-5153
12134341      CitiFinancial,   PO Box 6931,    The Lakes, NV 88901-6931
12134342      Credit One Bank,    PO Box 60500,   City of Industry, CA 91716-0500
12134344     +DFS Acceptance,    865 Merrick Ave,   4th Fl,    Westbury, NY 11590-6695
12384674      Dell Financial Services, LLC,    c/o Resurgent Capital Services,    P.O. Box 10390,
               Greenville, SC 29603-0390
12134343      Dell Preferred Account,    Payment Processing Center,    PO Box 6403,   Carol Stream, IL 60197-6403
12134346     +ER Solutions, Inc.,    800 SW 39th St.,    PO Box 9004,   Renton, WA 98057-9004
12134345     +Eagle Recovery Associates, Inc,    424 SW Washington St., 3rd Floor,    Peoria, IL 61602-5147
12134347     +Exceptional Dentistry,    724 N. Brinton Ave.,    Dixon, IL 61021-1610
12134348      Fashion Bug,    PO Box 856021,   Louisville, KY 40285-6021
12134349      Finger Hut,   PO Box 166,    Neward, NJ 07101-0166
12134350     +Fingerhut Direct Marketing Inc.,    6250 Ridgewood Road,    St. Cloud, MN 56303-0820
12134351      First Premier Bank,    PO Box 5519,   Sioux Falls, SD 57117-5519
12134352      First Premier Bank,    PO Box 5519,   Sioux Falls, SD 57117-5519
12134353      Gevalia,   Homparken Square,    PO Box 6276,   Dover, DE 19905-6276
12134354     +H.F. Gehant,   2514 Johnson St.,    P.O. Box 20,   West Brooklyn, IL 61378-0020
12134355     +H.F. Gehant Banking Co.,    2514 Johnson St.,    P.O. Box 20,   West Brooklyn, IL 61378-0020
12134356     +HSBC,   PO Box 80053,    Salinas, CA 93912
12134358      HSBC Card Services,    PO Box 17051,   Baltimore, MD 21297-1051
12134359     +KCA Financial Services, Inc.,    628 North Street,    PO Box 53,   Geneva, IL 60134-0053
12134360      LTD Commodities LLC,    PO Box 702,   Bannockburn, IL 60015-0702
12536811     +Premier Bankcard/Charter,    PO BOX 2208,    Vacaville CA 95696-8208
12134361      WFNNB - Maurices,    PO Box 659705,   San Antonio, TX 78265-9705
12134362      WFNNB - Victoria's Secret,    PO Box 659728,    San Antonio, TX 78265-9728
12483149      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Jan 27, 2011.
tr           +E-mail/Text: KATHY@EGBBL.COM                           Megan G Heeg,
               Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,    Dixon, IL 61021-0447
12134357     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jan 27 2011 05:00:21     HSBC Auto Finance,
               fka Household Auto Finance Corp,    P O  Box 201347,    Arlington, TX 76006-1347
12418043     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jan 27 2011 05:00:21
               HSBC Auto Finance (f/k/a Household Auto Finance Co,    P.O. Box 201347,
               Arlington, TX 76006-1347
12377738      E-mail/Text: resurgentbknotifications@resurgent.com
               PYOD LLC its successors and assigns as assignee of,    MHC Receivables, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Megan G Heeg,   Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
               Dixon, IL 61021-0447
12536819*    +Premier Bankcard/Charter,    PO BOX 2208,   Vacaville CA 95696-8208
12483150*     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3           User: vgossett            Page 2 of 2                    Date Rcvd: Jan 26, 2011
Case: 08-71099                 Form ID: pdf006           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2011**                              **Signature:**    /s/ Joseph Speetjens