IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Rockford DIVISION

| | |
|---|---|
| IN RE:<br>BONNELL, RELISSA L.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 08-71099 BARB<br><br>JUDGE Manuel Barbosa |

## AMENDED DISTRIBUTION REPORT

I, <u>MEGAN G. HEEG</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 11,982.79 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 6,056.21 |
| Tardily-Filed Unsecured Claims: | $ 25,971.00 |
| Post-Petition Interest: | $ 1,547.54 |
| Surplus to Debtor: | $ 17,875.36 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 63,432.90 |

EXHIBIT D

DISTRIBUTION REPORT                                                                PAGE 1

| 1. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 2. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $ | 12,998.79 | 100.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| | MEGAN G. HEEG | 5,764.38 | 5,764.38 |
| | Carl C. Swanson, CPA | 1,016.00 | 0.00 |
| | Ehrmann Gehlbach Badger & Lee | 5,596.25 | 5,596.25 |
| | Ehrmann Gehlbach Badger & Lee | 622.16 | 622.16 |

| 3. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 4. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL | $ | 0.00 |

| 5. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,000.00 | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |

EXHIBIT D

**DISTRIBUTION REPORT**                                                                                      **PAGE 2**

|  |  |  |
|---|---|---|
|  | TOTAL | $ 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $ 0.00 | 0.00% |
| CLAIM NUMBER  CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|  | TOTAL $ | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000.00 | $ 0.00 | 0.00% |
| CLAIM NUMBER  CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|  | TOTAL $ | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,800.00 | $ 0.00 | 0.00% |
| CLAIM NUMBER  CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|  | TOTAL $ | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony | $ 0.00 | 0.00% |
| CLAIM NUMBER  CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|  | TOTAL $ | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §724(b)(6) - Tax Liens: | $ 0.00 | 0.00% |
| CLAIM NUMBER  CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|  | TOTAL $ | 0.00 |

EXHIBIT D

DISTRIBUTION REPORT                                                                     PAGE 3

| 11. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ | 0.00 |

| 12. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ | 0.00 |

| 13. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ | 6,056.21 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 1 | LTD Commodities LLC | | 134.38 | 134.38 |
| 2 | CHASE BANK USA | | 1,062.65 | 1,062.65 |
| 3 | PYOD LLC its successors and assigns as assignee of | | 929.82 | 929.82 |
| 4 | Dell Financial Services, LLC | | 1,159.27 | 1,159.27 |
| 6 | eCAST Settlement Corporation assignee of | | 1,095.81 | 1,095.81 |
| 7 | eCAST Settlement Corporation assignee of | | 1,048.25 | 1,048.25 |
| 8 | Premier Bankcard/Charter | | 207.72 | 207.72 |
| 9 | Premier Bankcard/Charter | | 418.31 | 418.31 |
| | | TOTAL | $ | 6,056.21 |

| 14. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| Subordinated unsecured claims | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ | 0.00 |

| 15. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $ | 25,971.00 | 100.00% |

EXHIBIT D

DISTRIBUTION REPORT                                                             PAGE 4

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 10 | H.F. Gehant | 25,971.00 | 25,971.00 |
|  | TOTAL $ |  | 25,971.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties |  | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|  | TOTAL $ |  | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest |  | $ 1,547.54 | 100.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| 1I | LTD Commodities LLC | 6.49 | 6.49 |
| 2I | CHASE BANK USA | 51.35 | 51.35 |
| 3I | PYOD LLC its successors and assigns as assignee of | 44.93 | 44.93 |
| 4I | Dell Financial Services, LLC | 56.02 | 56.02 |
| 6I | eCAST Settlement Corporation assignee of | 52.95 | 52.95 |
| 7I | eCAST Settlement Corporation assignee of | 50.65 | 50.65 |
| 8I | Premier Bankcard/Charter | 10.04 | 10.04 |
| 9I | Premier Bankcard/Charter | 20.21 | 20.21 |
| 10I | H.F. Gehant | 1,254.90 | 1,254.90 |
|  | TOTAL $ |  | 1,547.54 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor |  | $ 17,875.36 | 100.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| SURPLUS | BONNELL, RELISSA L. | 17,875.36 | 17,875.36 |
|  | TOTAL $ |  | 17,875.36 |

EXHIBIT D

**DISTRIBUTION REPORT**                        **PAGE 5**

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 5 | HSBC Auto Finance<br>P.O. Box 201347<br>Arlington, TX 76006- | $ 12,874.61 | Disallowed |
| Secured | 10 | H.F. Gehant<br>2514 Johnson St.<br>Box 20<br>West Brooklyn, IL 61378- | $ 40,600.00 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 3-25-11

MEGAN G. HEEG, Trustee

EXHIBIT D