## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

In re: BONNELL, RELISSA L.         § Case No. 08-71099
                                   §
                                   §
                                   §
Debtor(s)                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $107,458.18                Assets Exempt: $31,433.18
*(without deducting any secured claims)*

Total Distribution to Claimants: $32,918.47   Claims Discharged
                                              Without Payment: $13,880.13

Total Expenses of Administration: $16,712.79

3) Total gross receipts of $ 68,162.90 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 18,531.64 (see **Exhibit 2**), yielded net receipts of $49,631.26 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $72,454.75 | $40,600.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 16,712.79 | 16,712.79 | 16,712.79 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 31,365.07 | 46,449.36 | 33,574.75 | 32,918.47 |
| **TOTAL DISBURSEMENTS** | $103,819.82 | $103,762.15 | $50,287.54 | $49,631.26 |

4) This case was originally filed under Chapter 7 on April 11, 2008. The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/17/2011         By: /s/MEGAN G. HEEG
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interest in the Minnie K. Watts Trust | 1210-000 | 67,420.00 |
| Interest in the Apalda M. Erbes Living Trust | 1210-000 | 700.00 |
| Interest Income | 1270-000 | 42.90 |
| **TOTAL GROSS RECEIPTS** | | **$68,162.90** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BONNELL, RELISSA L. | Dividend paid 100.00% on $17,875.36; Claim# SURPLUS; Filed: $17,875.36; Reference: | 8200-000 | 17,875.36 |
| U.S. Bankruptcy Clerk | Unclaimed Funds-report filed 8/10/11 | 8500-002 | 656.28 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$18,531.64** |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | H.F. Gehant | 4110-000 | N/A | 40,600.00 | 0.00 | 0.00 |
| NOTFILED | H.F. Gehant Banking Co. | 4110-000 | 33,724.21 | N/A | N/A | 0.00 |
| NOTFILED | American General Finance Pine Tree Plaza | 4110-000 | 4,730.54 | N/A | N/A | 0.00 |
| NOTFILED | H.F. Gehant | 4110-000 | 34,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$72,454.75** | **$40,600.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 5,764.38 | 5,764.38 | 5,764.38 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 5,596.25 | 5,596.25 | 5,596.25 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 622.16 | 622.16 | 622.16 |
| Carl C. Swanson, CPA | 3410-000 | N/A | 1,016.00 | 1,016.00 | 1,016.00 |
| IL Dept. of Revenue | 2810-000 | N/A | 1,019.00 | 1,019.00 | 1,019.00 |
| Deborah Hannan, CPA | 3410-000 | N/A | 2,695.00 | 2,695.00 | 2,695.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 16,712.79 | 16,712.79 | 16,712.79 |

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 — GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | LTD Commodities LLC | 7100-000 | 134.38 | 134.38 | 134.38 | 134.38 |
| 1I | LTD Commodities LLC | 7990-000 | 0.00 | 6.49 | 6.49 | 6.49 |
| 2 | CHASE BANK USA | 7100-000 | 1,023.65 | 1,062.65 | 1,062.65 | 1,062.65 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2I | CHASE BANK USA | 7990-000 | 0.00 | 51.35 | 51.35 | 51.35 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 884.45 | 929.82 | 929.82 | 929.82 |
| 3I | PYOD LLC its successors and assigns as assignee of | 7990-000 | 0.00 | 44.93 | 44.93 | 44.93 |
| 4 | Dell Financial Services, LLC | 7100-000 | 1,092.33 | 1,159.27 | 1,159.27 | 1,159.27 |
| 4I | Dell Financial Services, LLC | 7990-000 | 0.00 | 56.02 | 56.02 | 56.02 |
| 5 | HSBC Auto Finance | 7100-000 | 12,862.35 | 12,874.61 | 0.00 | 0.00 |
| 6 | eCAST Settlement Corporation assignee of | 7100-000 | 1,095.81 | 1,095.81 | 1,095.81 | 1,095.81 |
| 6I | eCAST Settlement Corporation assignee of | 7990-000 | 0.00 | 52.95 | 52.95 | 52.95 |
| 7 | eCAST Settlement Corporation assignee of | 7100-000 | 1,048.25 | 1,048.25 | 1,048.25 | 1,048.25 |
| 7I | eCAST Settlement Corporation assignee of | 7990-000 | 0.00 | 50.65 | 50.65 | 50.65 |
| 8 | Premier Bankcard/Charter | 7100-000 | N/A | 207.72 | 207.72 | 0.00 |
| 8I | Premier Bankcard/Charter | 7990-000 | N/A | 10.04 | 10.04 | 0.00 |
| 9 | Premier Bankcard/Charter | 7100-000 | N/A | 418.31 | 418.31 | 0.00 |
| 9I | Premier Bankcard/Charter | 7990-000 | N/A | 20.21 | 20.21 | 0.00 |
| 10 | H.F. Gehant | 7200-000 | N/A | 25,971.00 | 25,971.00 | 25,971.00 |
| 10I | H.F. Gehant | 7990-000 | N/A | 1,254.90 | 1,254.90 | 1,254.90 |
| NOTFILED | Exceptional Dentistry | 7100-000 | 160.78 | N/A | N/A | 0.00 |
| NOTFILED | Fashion Bug | 7100-000 | 76.98 | N/A | N/A | 0.00 |
| NOTFILED | WFNNB - Maurices | 7100-000 | 76.86 | N/A | N/A | 0.00 |
| NOTFILED | WFNNB - Victoria's Secret | 7100-000 | 177.31 | N/A | N/A | 0.00 |
| NOTFILED | KCA Financial Services, Inc. | 7100-000 | 240.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 411.49 | N/A | N/A | 0.00 |
| NOTFILED | Gevalia Homparken Square | 7100-000 | 125.40 | N/A | N/A | 0.00 |
| NOTFILED | Finger Hut | 7100-000 | 543.14 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 207.72 | N/A | N/A | 0.00 |
| NOTFILED | Eagle Recovery Associates, Inc | 7100-000 | 262.46 | N/A | N/A | 0.00 |
| NOTFILED | CitiFinancial | 7100-000 | 9,118.64 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 1,823.07 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 31,365.07 | 46,449.36 | 33,574.75 | 32,918.47 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-71099  **Trustee:** (330490) MEGAN G. HEEG
**Case Name:** BONNELL, RELISSA L.  **Filed (f) or Converted (c):** 04/11/08 (f)
 **§341(a) Meeting Date:** 05/09/08
**Period Ending:** 10/17/11  **Claims Bar Date:** 09/10/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Residence 123 W. Pearl Street, Amboy, IL 61310 | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Financial accounts, financial institution shares | 68.65 | 0.00 | DA | 0.00 | FA |
| 3 | Financial accounts, financial institution shares | 33.00 | 0.00 | DA | 0.00 | FA |
| 4 | Financial accounts, financial institution shares | 62.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods and furnishings | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel | 150.00 | 0.00 | DA | 0.00 | FA |
| 7 | Furs and jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | IRA, ERISA, Keogh, pension, profit sharing plan | 15,544.53 | 0.00 | DA | 0.00 | FA |
| 9 | Other liquidated debts owing debtor | 300.00 | 0.00 | DA | 0.00 | FA |
| 10 | Other contingent claims of every nature (work comp claim) | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Autos, trucks, trailers, other vehicles, access. | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 12 | Autos, trucks, trailers, other vehicles, access. | 8,200.00 | 0.00 | DA | 0.00 | FA |
| 13 | Other personal property of any kind (Mobile home) | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Interest in the Minnie K. Watts Trust (u)  Rec'd trust income pre March 2010. Per April 2010 court order sold 1/21st interest in 235 acres, cash rent, and residual trust interest (none known) for 66,000.. | Unknown | 67,420.00 | | 67,420.00 | FA |
| 15 | Interest in the Apalda M. Erbes Living Trust (u) | 0.00 | 700.00 | | 700.00 | FA |
| 16 | Real Estate (u)  201 S. Boyd, Amboy, improved with disclosed mobile home | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 42.90 | FA |
| 17 | Assets   Totals (Excluding unknown values) | **$107,458.18** | **$68,120.00** | | **$68,162.90** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-71099  
**Case Name:** BONNELL, RELISSA L.

**Period Ending:** 10/17/11

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 04/11/08 (f)  
**§341(a) Meeting Date:** 05/09/08  
**Claims Bar Date:** 09/10/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** September 30, 2009  **Current Projected Date Of Final Report (TFR):** January 11, 2011 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-71099 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | BONNELL, RELISSA L. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****76-65 - Money Market Account |
| Taxpayer ID #: | **-***4731 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 10/17/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/09/09 | {14} | Minnie Wattas Trust 123 Sublette Farm | Annual Trust distribution | 1210-000 | 1,420.00 | | 1,420.00 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,420.04 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,420.09 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,420.14 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,420.20 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,420.25 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,420.30 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,420.35 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,420.40 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,420.45 |
| 12/31/09 | {15} | Apalda M. Erbes Living Trust No. 1 | Annual Trust Distribution | 1210-000 | 700.00 | | 2,120.45 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 2,120.50 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 2,120.57 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,120.65 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.09 | | 2,120.74 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 2,120.75 |
| 04/06/10 | | Wire out to BNYM account 9200******7665 | Wire out to BNYM account 9200******7665 | 9999-000 | -2,120.75 | | 0.00 |

| | | ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | -2,120.75 | 0.00 | |
| | | **Subtotal** | **2,120.75** | **0.00** | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$2,120.75** | **$0.00** | |

Case 08-71099 Doc 62 Filed 11/03/11 Entered 11/03/11 09:47:39 Desc Main
Document Page 9 of 13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-71099  
**Case Name:** BONNELL, RELISSA L.  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******76-19 - Trustee Investment Acct  

**Taxpayer ID #:** **-***4731  
**Period Ending:** 10/17/11  

**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Time Deposit Account Balance |
| 05/25/10 | | FUNDING ACCOUNT: 9200******7665 | | 9999-000 | 60,000.00 | | 60,000.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.72 | | 60,001.72 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 7.40 | | 60,009.12 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 7.64 | | 60,016.76 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 7.64 | | 60,024.40 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.48 | | 60,025.88 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.52 | | 60,027.40 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.48 | | 60,028.88 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.52 | | 60,030.40 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.52 | | 60,031.92 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.38 | | 60,033.30 |
| 03/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.33 | | 60,034.63 |
| 03/28/11 | | To account 92000206337666 | | 9999-000 | | 60,034.63 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **60,034.63** | **60,034.63** | **$0.00** |
| | | | Less: Bank Transfers | | 60,000.00 | 60,034.63 | |
| | | | **Subtotal** | | **34.63** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$34.63** | **$0.00** | |

{} Asset reference(s)

Printed: 10/17/2011 12:37 PM V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-71099  
**Case Name:** BONNELL, RELISSA L.  

**Taxpayer ID #:** **-***4731  
**Period Ending:** 10/17/11  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******76-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7665 | Wire in from JPMorgan Chase Bank, N.A. account ********7665 | 9999-000 | 2,120.75 | | 2,120.75 |
| 04/08/10 | {14} | D. Erbes | trust income from Minnie Watts Trust | 1210-000 | 66,000.00 | | 68,120.75 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.88 | | 68,123.63 |
| 05/06/10 | 11001 | Carl C. Swanson, CPA | per court order dated 1/20/10 | 3410-000 | | 1,016.00 | 67,107.63 |
| 05/25/10 | | ACCOUNT FUNDED: 9200******7619 | | 9999-000 | | 60,000.00 | 7,107.63 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.21 | | 7,110.84 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.40 | | 7,111.24 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.43 | | 7,111.67 |
| 08/03/10 | 11002 | IL Dept. of Revenue | 2009 Form IL-1041 FEIN: 38-6874731 | 2810-000 | | 1,019.00 | 6,092.67 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.37 | | 6,093.04 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,093.09 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,093.14 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,093.19 |
| 12/13/10 | 11003 | Deborah Hannan, CPA | accountant fees per court Order dated 11/17/10 | 3410-000 | | 2,695.00 | 3,398.19 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,398.22 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,398.24 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,398.26 |
| 03/21/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 3,398.27 |
| 03/21/11 | | To Account #9200******7666 | final distribution | 9999-000 | | 3,398.27 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 68,128.27 | 68,128.27 | $0.00 |
| | | | Less: Bank Transfers | | 2,120.75 | 63,398.27 | |
| | | | **Subtotal** | | 66,007.52 | 4,730.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$66,007.52** | **$4,730.00** | |

{} Asset reference(s)

Printed: 10/17/2011 12:37 PM  V.12.57

Exhibit 9

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 08-71099  
**Case Name:** BONNELL, RELISSA L.  

**Taxpayer ID #:** **-***4731  
**Period Ending:** 10/17/11

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******76-66 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/21/11 | | From Account #9200******7665 | final distribution | 9999-000 | 3,398.27 | | 3,398.27 |
| 03/28/11 | | Transfer from 92000206337619 | | 9999-000 | 60,034.63 | | 63,432.90 |
| 03/30/11 | 101 | MEGAN G. HEEG | Dividend paid 100.00% on $5,764.38, Trustee Compensation;  Reference: | 2100-000 | | 5,764.38 | 57,668.52 |
| 03/30/11 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $5,596.25, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 5,596.25 | 52,072.27 |
| 03/30/11 | 103 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $622.16, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 622.16 | 51,450.11 |
| 03/30/11 | 104 | LTD Commodities LLC | Dividend paid 100.00% on $134.38; Claim# 1; Filed: $134.38; Reference: 61310RLSSB12300 | 7100-000 | | 134.38 | 51,315.73 |
| 03/30/11 | 105 | CHASE BANK USA | Dividend paid 100.00% on $1,062.65; Claim# 2; Filed: $1,062.65; Reference: 7261 | 7100-000 | | 1,062.65 | 50,253.08 |
| 03/30/11 | 106 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $929.82; Claim# 3; Filed: $929.82; Reference: 1394 | 7100-000 | | 929.82 | 49,323.26 |
| 03/30/11 | 107 | Dell Financial Services, LLC | Dividend paid 100.00% on $1,159.27; Claim# 4; Filed: $1,159.27; Reference: 6879-4501-1903-5741-432 | 7100-000 | | 1,159.27 | 48,163.99 |
| 03/30/11 | 108 | eCAST Settlement Corporation assignee of | Dividend paid 100.00% on $1,095.81; Claim# 6; Filed: $1,095.81; Reference: 5563 | 7100-000 | | 1,095.81 | 47,068.18 |
| 03/30/11 | 109 | eCAST Settlement Corporation assignee of | Dividend paid 100.00% on $1,048.25; Claim# 7; Filed: $1,048.25; Reference: 8911 | 7100-000 | | 1,048.25 | 46,019.93 |
| 03/30/11 | 110 | Premier Bankcard/Charter | Dividend paid 100.00% on $207.72; Claim# 8; Filed: $207.72; Reference:<br>Stopped on 07/13/11 | 7100-000 | | 207.72 | 45,812.21 |
| 03/30/11 | 111 | Premier Bankcard/Charter | Dividend paid 100.00% on $418.31; Claim# 9; Filed: $418.31; Reference:<br>Stopped on 07/13/11 | 7100-000 | | 418.31 | 45,393.90 |
| 03/30/11 | 112 | H.F. Gehant | Dividend paid 100.00% on $25,971.00; Claim# 10; Filed: $25,971.00; Reference: | 7200-000 | | 25,971.00 | 19,422.90 |
| 03/30/11 | 113 | LTD Commodities LLC | Dividend paid 100.00% on $6.49; Claim# 1I; Filed: $6.49; Reference: 61310RLSSB12300 | 7990-000 | | 6.49 | 19,416.41 |
| 03/30/11 | 114 | CHASE BANK USA | Dividend paid 100.00% on $51.35; Claim# 2I; Filed: $51.35; Reference: 7261 | 7990-000 | | 51.35 | 19,365.06 |
| 03/30/11 | 115 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $44.93; Claim# 3I; Filed: $44.93; Reference: 1394 | 7990-000 | | 44.93 | 19,320.13 |
| 03/30/11 | 116 | Dell Financial Services, LLC | Dividend paid 100.00% on $56.02; Claim# 4I; Filed: $56.02; Reference: 6879-4501-1903-5741-432 | 7990-000 | | 56.02 | 19,264.11 |

Subtotals :   $63,432.90   $44,168.79

{} Asset reference(s)                                                                                        Printed: 10/17/2011 12:37 PM        V.12.57

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 08-71099  
**Case Name:** BONNELL, RELISSA L.  

**Taxpayer ID #:** **-***4731  
**Period Ending:** 10/17/11  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******76-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/30/11 | 117 | eCAST Settlement Corporation assignee of | Dividend paid 100.00% on $52.95; Claim# 6I; Filed: $52.95; Reference: 5563 | 7990-000 | | 52.95 | 19,211.16 |
| 03/30/11 | 118 | eCAST Settlement Corporation assignee of | Dividend paid 100.00% on $50.65; Claim# 7I; Filed: $50.65; Reference: 8911 | 7990-000 | | 50.65 | 19,160.51 |
| 03/30/11 | 119 | Premier Bankcard/Charter | Dividend paid 100.00% on $10.04; Claim# 8I; Filed: $10.04; Reference: Stopped on 07/13/11 | 7990-000 | | 10.04 | 19,150.47 |
| 03/30/11 | 120 | Premier Bankcard/Charter | Dividend paid 100.00% on $20.21; Claim# 9I; Filed: $20.21; Reference: Stopped on 07/13/11 | 7990-000 | | 20.21 | 19,130.26 |
| 03/30/11 | 121 | H.F. Gehant | Dividend paid 100.00% on $1,254.90; Claim# 10I; Filed: $1,254.90; Reference: | 7990-000 | | 1,254.90 | 17,875.36 |
| 03/30/11 | 122 | BONNELL, RELISSA L. | Dividend paid 100.00% on $17,875.36; Claim# SURPLUS; Filed: $17,875.36; Reference: | 8200-000 | | 17,875.36 | 0.00 |
| 07/13/11 | 110 | Premier Bankcard/Charter | Dividend paid 100.00% on $207.72; Claim# 8; Filed: $207.72; Reference: Stopped: check issued on 03/30/11 | 7100-000 | | -207.72 | 207.72 |
| 07/13/11 | 111 | Premier Bankcard/Charter | Dividend paid 100.00% on $418.31; Claim# 9; Filed: $418.31; Reference: Stopped: check issued on 03/30/11 | 7100-000 | | -418.31 | 626.03 |
| 07/13/11 | 119 | Premier Bankcard/Charter | Dividend paid 100.00% on $10.04; Claim# 8I; Filed: $10.04; Reference: Stopped: check issued on 03/30/11 | 7990-000 | | -10.04 | 636.07 |
| 07/13/11 | 120 | Premier Bankcard/Charter | Dividend paid 100.00% on $20.21; Claim# 9I; Filed: $20.21; Reference: Stopped: check issued on 03/30/11 | 7990-000 | | -20.21 | 656.28 |
| 08/17/11 | 123 | U.S. Bankruptcy Clerk | Unclaimed Funds-report filed 8/10/11 | 8500-002 | | 656.28 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 63,432.90 | 63,432.90 | $0.00 |
| | | | Less: Bank Transfers | | 63,432.90 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 63,432.90 | |
| | | | Less: Payments to Debtors | | | 17,875.36 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$45,557.54** | |

{} Asset reference(s)

Printed: 10/17/2011 12:37 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 08-71099  
**Case Name:** BONNELL, RELISSA L.  

**Taxpayer ID #:** **-***4731  
**Period Ending:** 10/17/11  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******76-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****76-65 | 2,120.75 | 0.00 | 0.00 |
| TIA # 9200-******76-19 | 34.63 | 0.00 | 0.00 |
| MMA # 9200-******76-65 | 66,007.52 | 4,730.00 | 0.00 |
| Checking # 9200-******76-66 | 0.00 | 45,557.54 | 0.00 |
| | $68,162.90 | $50,287.54 | $0.00 |

{} Asset reference(s)

Printed: 10/17/2011 12:37 PM   V.12.57